**Order entered October 30, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00794-CR

**SUSAN JACOBI PETERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 6
Collin County, Texas
Trial Court Cause No. 006-81437-2013**

## ORDER

Appellant's October 27, 2014 motion to extend the time to file appellant's brief is

**GRANTED IN PART**. The time to file appellant's brief is **EXTENDED** to **THIRTY DAYS**

from the date of this order.

/s/    LANA MYERS
        JUSTICE